■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MARTIN ENRIGHT, admitted in 1986, at a term of the Appellate Division, Second Department. [677 NYS2d 461] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective August 13, 1998. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 240 AD2d 106.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. THOMAS G. FARRELL, admitted on February 4, 1985, at a term of the Appellate Division, First Department. [677 NYS2d 461] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective August 13, 1998. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 240 AD2d 106.]

(August 19, 1998)

■ In the Matter of LISETTE HERNANDEZ-GARCIA et al., Appellants, v EDWIN O. ORTIZ, Respondent, et al., Respondent. [679 NYS2d 785] —Order, Supreme Court, Bronx County (John Collins, J.), entered August 17, 1998, unanimously affirmed, without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Rubin, Tom, Andrias and Saxe, JJ.

■ In the Matter of RUBEN D. VARGAS, Appellant, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK et al., Respondents. [679 NYS2d 786] —Order, Supreme Court, New York County (Joan Lobis, J.), entered on or about August 11, 1998, unanimously affirmed for the reasons stated by Lobis, J., without costs or disbursements. Furthermore, as found by the Board of Elections, there is an insufficient number of signatures necessary to qualify. Application for poor person relief granted. Concur—Rosenberger, J. P., Rubin, Tom and Saxe, JJ.